# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

KONA L TAYLOR  Bankruptcy No. 21-11281-MDC

4451 GLENWOOD DRIVE

PERKIOMENVILLE, PA 18074

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
KONA L TAYLOR

4451 GLENWOOD DRIVE

PERKIOMENVILLE, PA 18074

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 8/17/2021  /s/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee