IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Kona L. Taylor | : | Chapter 13 |
| | : | Case No.: 21-11281-MDC |
|     Debtor(s) | : | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on September 8, 2021 a true and correct copy of the <u>First Amended Chapter 13 Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims. If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.

    Very Truly Yours,

October 6, 2021                                            ***/s/ Brad J. Sadek, Esquire***
                                                                      Brad J. Sadek, Esquire