**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kona L Taylor | : | |
| | : | Case No.: 21-11281-MDC |
| Debtor(s) | : | |

## **PRAECIPE TO WITHDRAW**

Kindly withdraw the *Motion to Sell Property* filed 05/17/2022 at Docket Entry #30.

DATED: 6/7/2022

*/s/ Brad J. Sadek*
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Attorney for Debtors