IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Kona L. Taylor | : | Chapter 13 |
| | : | Case No.: 21-11281-MDC |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on July 11, 2022 a true and correct copy of the Debtor's Expedited Motion to Sell Property was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Trustee**
Chapter 13 Trustee
Electronic Mail

| **Melissa Dell Renner** | **Anthony Biletta** |
| --- | --- |
| Agents on behalf of Buyers; Keller Williams Realty | Agent on behalf of Seller; Keller Williams Real Estate – Blue Bell |
| Electronic service to *melissadr86@gmail.com* | Electronic service to abilletta@kw.com |
| **Leon P. Haller, Esq.** | |
| Counsel on behalf of *Mortgagee, Pennsylvania Housing Finance Agency* | |
| Electronic service to lhaller@pkh.com | |

Dated: July 11, 2022

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008