**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Kona L. Taylor | : | Chapter 13 |
| | : | Case No.: 21-11281-MDC |
|     Debtor(s) | : | |

### ORDER GRANTING DEBTORS' REQUEST FOR AN EXPEDITED HEARING

AND NOW, this __12th__ day of __July__ 2022, upon consideration of the Debtors' Motion for an Expedited Hearing to Sell the Property, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date: __July 19, 2022__

Time: __10:30 a.m.__

Debtors Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE