Keller Williams Real Estate-Blue Bell
Seller's Estimated Net Sheet courtesy of: **PJ Billetta**
Mobile: 6106204139
pjbilletta@kw.com

# Seller's Estimated Net Sheet

| | |
|---|---|
| Seller: | Kona L Taylor |
| Property: | 4451 GLENWOOD DR |
| Township / Borough: | Upper Frederick Twp |
| County: | Montgomery County, PA |
| Settlement Date: | 8/2/2022 |

| | |
|---|---|
| First Mortgage Payoff: | ($175,427.00) |
| Second Mortgage Payoff: | ($3,350.00) |
| Total Payoff: | ($178,777.00) |
| Sale Price: | $273,200.00 |
| **Gross Equity:** | **$94,423.00** |

## CHARGES PAID BY SELLER

| | |
|---|---|
| Transfer Tax (1.000%): | $2,732.00 |
| Brokerage Commission: (6% + $0.00): | $16,392.00 |
| Seller Assist: | $7,562.00 |
| Certifications: | $50.00 |
| **Total Charges to Seller:** | **$26,736.00** |

## CREDITS TO SELLER

| | |
|---|---|
| Municipal Tax: | $71.12 |
| County Tax: | $172.21 |
| School Tax: | $2,914.62 |
| Hoa Fee: | $82.26 |
| **Total Credits to Seller:** | **$3,240.21** |

## SETTLEMENT SUMMARY

| | |
|---|---|
| Sale Price: | $273,200.00 |
| Mortgage Payoff: | ($178,777.00) |
| Charges to Seller: | ($26,736.00) |
| Credits to Seller: | $3,240.21 |
| **Net Proceeds to the Seller** | **$70,927.21** |

The above figures are estimated settlement costs only. These will be adjusted as of the date of final settlement, if necessary. I (we) acknowledge receipt of a copy of this information.

Seller: _____    Seller: _____

Date: _____    Date: _____