### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kona L. Taylor | : | |
| | : | Case No.: 21-11281-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: August 31, 2022                    /s/ Brad J. Sadek, Esquire
                                          Brad J. Sadek, Esquire
                                          Sadek and Cooper Law Offices, LLC
                                          1500 JFK Boulevard, Suite #220
                                          Philadelphia, Pa 19102
                                          brad@sadeklaw.com
                                          215-545-0008