*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kona L Taylor
    Debtor(s)

Case No: 21−11281−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED *
Motion to Modify Plan Filed by Kona L Taylor Represented by BRAD J. SADEK

    on: 9/29/22

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/13/22

Timothy B. McGrath
Clerk of Court

56 − 50
Form 167