# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Kona L. Taylor : | Chapter 13 |
| : | Case No.: 21-11281-MDC |
|    Debtor(s) : | |

## O R D E R

AND NOW, this __30th__ day of __September__ 2022 upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in consideration of the Order approving the sale of the debtor's property.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE